ANN GLENNON, as Administratrix of the Estate of RICHARD GLENNON, Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Glennon v. Erie R. R. Co.,* 86 App. Div. 397, appeal withdrawn.

(Argued October 5, 1903; decided October 13, 1903.)

MOTION to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the second

judicial department, entered August 5, 1903, which affirmed a, judgment of the court at a Trial Term dismissing the complaint after the rendition by the jury of a verdict in favor of plaintiff and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal was not properly taken.

*Robert H. Barnett* for motion.

*Albert Hessberg* opposed.

Motion granted upon payment of costs.